**FILED - GR**
January 12, 2009 4:17 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mrs /

January 07, 2009

Mr. Stanley Parker #249324
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, Michigan 49788-1637

Office of the Clerk
United States District Court
Western Division of Michigan
Southern Division
425 Ford Federal Building
Grand Rapids, Michigan 49503

    Re: **Parker v Price**
    Case No.: (1:00-cv-364)

Dear Clerk of the Court:

    This letter is being sent requesting a copy of an Order Denying Petition for Writ of Habeas Corpus, on August 13, 2001 in the above caption case.

    Petitioner Parker is in need of a copy of the order stated herein. However, Petitioner Parker thanks this office for your time and consideration in the above matter.

Sincerely,

*[signature: Stanley Parker]*

cc: file
: sp