*Providing quality service in support of justice*

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

October 27, 2014

Stanley Parker #249324
Alger (MSP)
Alger Correctional Facility
N6141 Industrial Park Dr.
Munising, MI 49862-9277

Re: RESPONSE FROM CLERK 1:00-cv-364

Dear Mr. Parker:

The Clerk's Office is in receipt of your letter dated October 20, 2014, requesting copies of the following documents. Copies requested through the Clerk's Office are 50 cents a page. **Advance payment is required.** You may pay by cash, credit card, check or money order (made payable to the U.S. District Court Clerk).

| Document # | Document Name | # of Pages | x $.50 per page | Subtotal |
|---|---|---|---|---|
| 2 | Appendix (Appendices 1, 2, 8) | | | |
| | (unknown number of pages) | | | |
| | | | | |
| Record Retrieval Fee (required)* | | | | $64.00 |
| | | **TOTAL AMOUNT DUE** | | $64.00 |

Upon receipt of your payment for the record retrieval, the Clerk's Office will provide you with the information regarding the cost for copies of the requested document(s). **Please enclose this response with your payment.**

Sincerely,

Tracey Cordes, Clerk
/s/ Barb
By: Deputy Clerk

Public Access to Court Electronic Records (PACER) is an electronic public access service that allows customers to obtain case information from federal courts. Access to court documents currently costs $0.10 per page via the Internet. Visit www.pacer.gov for more information.

*Note if the record request requires pulling additional boxes (beyond one) to retrieve a single case file, there is an additional charge of $39 per box.